UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HUDSON HEAD, III,

    Petitioner,

v.

WILLIE SMITH,

    Respondent.

_____/

Case No. 1:17-cv-1061

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: June 10, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge